### JACKSON et al. v. ROWE.

(Supreme Court, Appellate Division, Second Department. June 29, 1905.)

Appeal from Special Term, Richmond County.

Action by Henry H. Jackson and others, as executors and trustees of the will of Peter A. H. Jackson, deceased, against Mary E. Rowe. From a judgment for defendant, plaintiffs appeal. Affirmed.

Argued before HIRSCHBERG, P. J., and WOODWARD, JENKS, RICH, and MILLER, JJ.

PER CURIAM. Judgment affirmed, with costs, on the authority of Jackson v. Rowe (decided herewith) 94 N. Y. Supp. 568